AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Timothy M. Stengel) *MM*

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Carl Bowman | ) | Case No. **18.1208-m** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 25, 2018 _____ in the county of _____ Philadelphia _____ in the

_ Eastern _ District of _ Pennsylvania _ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

Please refer to the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Faith E. Greenawalt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _7/26/2018_

_____
*Judge's signature*

City and state: _ Philadelphia, Pennsylvania _

Hon. Richard A. Lloret
*Printed name and title*

18.1208.M

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Faith E. Greenawalt, being duly sworn under oath and deposed, state the following:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia Division and have been so assigned since July 2013.  I am currently assigned to the Violent Crimes Task Force ("VCTF"), which investigates violations of Federal law, including robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), and kidnappings. Previously, I was assigned to the Counterintelligence squad where I investigated Counter Proliferation, among other federal violations.

2.     This affidavit is being submitted in support of a criminal complaint and arrest warrant, charging CARL BOWMAN, date of birth July 18, 1969, with a violation of Title 18, United States Code, Section 2113(a) (bank robbery).

3.     On July 25, 2018, at approximately 3:00 p.m., an unknown white male, hereinafter referred to as "the suspect," robbed the PNC Bank located at 2401 Welsh Road, Philadelphia, PA. The suspect entered the bank branch and approached the victim teller and stated that he would like to cash a check.  The suspect then stated, "This is a robbery. Don't pull no dye pack." As the teller opened her drawer, the suspect stated, "I have a gun and I will shoot you. Don't pull no dye pack." After the teller provided the suspect cash from the top drawer, the suspect reached for his waistband and stated, "This all the fuck you got? You have more money." The suspect then pointed at the victim teller's other drawer and stated, "Go down there." The teller complied with the demands of the suspect and provided what the bank has initially estimated as $9,523 United States Currency. The suspect then departed the bank branch and traveled on foot westbound on Welsh Road.

4.      After the robbery, Philadelphia Police Department (PPD) Officers and members of the Philadelphia Division Violent Crimes Task Force traveled to the crime scene for processing. Once on scene, investigators interviewed witnesses and collected surveillance video footage.

5.      The suspect was described as a white male, approximately 5'6" in height, late 40s in age, slim build, clean shaven, wearing a blue fleece with a zipper, a straw hat, and dark sunglasses.

6.      During the aforementioned bank robbery, PPD Detective Frederick Roth, who was off-duty, was inside the PNC Bank conducting personal business. Detective Roth followed the suspect from the bank and called 911. Detective Roth followed the suspect to a Dunkin Donuts but when he searched the store for the suspect, he could not find him. When Detective Roth left the Dunkin Donuts, an unidentified female informed Detective Roth that the suspect changed his clothing and discarded them, and then went inside the Dollar Tree, located 9163 Roosevelt Blvd., Philadelphia, PA. The unidentified female provided the discarded clothing to Detective Roth. Detective Roth then walked to the Dollar Tree where he made contact with PPD officers on scene. The PPD officers then detained an individual, later identified as CARL BOWMAN, inside the Dollar Tree, based on the above-mentioned description of the suspect. Detective Roth then positively identified CARL BOWMAN as the individual he witnessed commit the bank robbery at the PNC Bank.

7.      PPD officers then transported the victim teller, L.P., from PNC Bank, to that location. L.P. noted that CARL BOWMAN was wearing different clothing, but L.P. positively identified CARL BOWMAN as the individual who robbed the PNC Bank.

8.      At the time of CARL BOWMAN's arrest, PPD officers recovered $5,901 U.S.C. from his pockets.

9.      CARL BOWMAN was then transported to the Philadelphia Division of the FBI for further investigation. Upon arrival, CARL BOWMAN was advised of his rights, via an FBI Advice of Rights form, which he subsequently signed and dated. CARL BOWMAN then provided a full confession to the July 25, 2018 robbery of the PNC Bank.

10.     Investigators conducted database checks for CARL BOWMAN, including prior arrests, criminal history, and a driver's license check.

11.     A criminal history check of CARL BOWMAN confirmed that he was arrested and charged with federal bank robbery in 2006. CARL BOWMAN was sentenced on March 30, 2007 to 156 months of incarceration and was released from federal prison on October 13, 2017. He was on federal supervised release at the time of the robbery of the PNC Bank.

12.     The deposits of the PNC Bank are insured by the Federal Deposit Insurance Corporation (FDIC) and were insured by the FDIC at the time of the aforementioned robbery described above.

13.    Because of the aforementioned facts, I believe there is probable cause to charge

CARL BOWMAN with the July 25, 2018 robbery of the PNC Bank located at 2401 Welsh Road,

Philadelphia, PA, in violation of Title 18, United States Code, Section 2113(a).


FAITH E. GREENAWALT
Special Agent
Federal Bureau of Investigation


Sworn to before me
this _____ day of July, 2018


HON. RICHARD A. LLORET
*United States Magistrate Judge*